

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GARRY LEE ATTERBERRY, | § | No. 08-21-00069-CR |
| Appellant, | § | Appeal from the |
| v. | § | 122nd Judicial District Court |
| THE STATE OF TEXAS, | § | of Galveston County, Texas |
| Appellee. | § | (TC# 13CR2852) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF AUGUST, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.